UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

           Plaintiff,

-v-

ATWOOD DISTRIBUTING, L.P.,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 807 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2023, the Court scheduled an initial conference for May 2, 2023, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "PCMP") by April 25, 2023.  (ECF No. 13).  The parties failed to file the PCMP by the court-ordered deadline.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **April 27, 2023**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

Dated:    New York, New York
           April 26, 2023

                                        SO ORDERED.

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**