

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Magistrate Sarah L. Cave
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                                                April 27, 2023

Re:   *Case 1:23-cv-00807-ALC-SLC Toro v. Atwood Distributing, L.P.*
       <u>Request for Adjournment of Conference</u>

Dear Judge Cave:

    Plaintiff submits this letter-motion respectfully to seek an adjournment of the initial pretrial conference scheduled for May 2, 2023. Counsel will be traveling next week and unable to attend the conference. As such, an adjournment to June 1, 2023 is being requested. This is the first time this relief is being requested and both Parties consent. In the alternative, the Parties also respectfully suggest that the Proposed Case Management Plan filed on April 26, 2023 be so-ordered in lieu of conducting a conference.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Ryan Benson, Esq.

---

Plaintiff's request at ECF No. 16 is GRANTED, and the initial conference scheduled for May 2, 2023 is CANCELLED. By separate order, the Court will enter the parties' proposed case management plan (ECF No. 15) and schedule a status conference to take place in July 2023.

The Clerk of Court is respectfully directed to close ECF No. 16.

SO ORDERED     4/27/2023

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge