UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

  -v-

ATWOOD DISTRIBUTING, L.P.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 807 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF No. 19), the parties shall, by **August 7, 2023**, file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr.

Dated:    New York, New York
            July 6, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**