UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

ATWOOD DISTRIBUTING, L.P.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 807 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' deadline to file a stipulation of dismissal for the attention of the Honorable Andrew L. Carter, Jr. passed yesterday, August 7, 2023. (ECF No. 20). As a one-time courtesy, the Court sua sponte EXTENDS the parties' deadline to do so to **August 14, 2023**.

Dated:      New York, New York
             August 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**