**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/15/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW TORO, on behalf of himself,
and all others similarly situated,

       Plaintiff,

v.

ATWOOD DISTRIBUTING, L.P.,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:23-cv-807

**JOINT STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Andrew Toro and the Defendant Atwood Distributing, L.P. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 14, 2023

| For Plaintiff Andrew Toro | For Defendant Atwood Distributing, L.P. |
|---|---|
| *(signature)* | *(signature)* |
| Mars Khaimov | Ryan T. Benson, ARDC No. 6312338 |
| MARS KHAIMOV LAW, PLLC | Admitted Pro Hac Vice |
| 108-26 64TH Avenue | O'Hagan Meyer LLC |
| Second Floor | One East Wacker Drive, Suite 3400 |
| Forest Hills, NY 11375 | Chicago, Illinois 60601 |
| 929.324.0717 – T | 312.422.6100 – T |
| 929.333.7774 – F | 312.422.6110 – F |
| mars@khaimovlaw.com | rbenson@ohaganmeyer.com |

SO ORDERED:

*(signature)*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 8/15/2023